IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
At Clarksburg

FILED
JUL 2 3 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

MYLAN PHARMACEUTICALS INC.,

    Plaintiff,

v.

    Civil Action No. 1:07cv4

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION, LOCAL 8-957,

    Defendant.

## ORDER

The parties' Joint Motion for Mediation by Magistrate Judge Kaull is GRANTED.

Accordingly, the parties shall conduct mediation before Magistrate Judge Kaull on July 30, 2007.

Dated: July 20, 2007

Irene M. Keeley
United States District Court Judge

2